UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:10-cr-01160-SVW | Date | June 20, 2011 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Deborah Gackle | Joshua Robbins / Anthony Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| James Rivera | | X | X | Sonja Augustine, DFPD / Anne Hwang, DFPD | | X | X |

**Proceedings:**

    [40]    MOTION to Strike Filed by Defendant
    [41]    MOTION to Sever Counts as to Defendant James Rivera Filed by Defendant
    [48]    NOTICE OF MOTION AND MOTION in Limine to Preclude Impermissible Defenses Filed by Plaintiff USA as to Defendant James Rivera
    [49]    MOTION in Limine to Preclude Introduction of Defendant's Hearsay Statements by Defendant Filed by Plaintiff USA

Hearing held. The Court grants motions [41, 48, and 49]. Motion [40] is granted-in-part and denied-in-part.

The matter will proceed to trial on June 21, 2011.

       :   49

Initials of Deputy Clerk    PMC

cc: USPO
    USM
    PSLA