UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES RIVERA,

Defendant.

Case No.: CR-10-01160-SVW

ORDER OF DETENTION

[Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _Defendant is before the court on a failure to appear in court and bench warrant; unverified residence, background, and employment information; no bail resources; prior violations of supervised release._

and/or

B.    ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _allegations while on supervision_

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 4, 2026

_Alicia G. Rosenberg_
ALICIA G. ROSENBERG
United States Magistrate Judge